**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

IN RE:  Case No: 16-15317-MAM
 Chapter 13
DELFINO RODRIGUEZ

    Debtor
_____/

## **MOTION TO MODIFY PLAN**

    COME NOW the Debtor, DELFINO RODRIGUEZ, by and through his undersigned attorney, and file this Motion to Modify Plan, and as grounds states the following:

1. The Debtor filed the instant Chapter 13 Bankruptcy Petition on April 13, 2016.
2. An Order Confirming the Chapter 13 Plan was filed on October 21, 2016.
3. The Debtor needs to modify his plan to catch up on his payments.
4. The Debtor is able to fund the Twelfth Modified plan.
5. The Debtor paid $525, including $25 cost, to the undersigned attorney for the modification of his Chapter 13 Plan.
6. It is in the best interest of all interested parties for the instant Motion to be granted, thereby allowing the Debtor to continue paying creditors.
7. All creditors have been notified with this Motion and said creditors will not suffer any harm or prejudice by this Court granting the instant Motion.

    WHEREFORE, the Debtor, DELFINO RODRIGUEZ, respectfully request that this Court grant the foregoing Motion to Modify Plan, and enter an Order accordingly, plus any other relief that this Court deems just and proper.

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via electronically or by U.S. Mail to: Office of the U.S. Trustee, U.S. Bankruptcy Court, 51 SW 1st Avenue, Room 1204, Miami, Florida 33130; Robin Weiner, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355; and all creditors on the attached list this 21st day of June, 2019.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in local Rule 2090-1(A).

    By: /s/ Drake Ozment, Esq.
    Drake Ozment, Esq.
    Attorney for Debtor/Movant
    FBN: 844519
    2001 Palm Beach Lakes Blvd., Suite 410
    West Palm Beach, FL 33409
    Telephone: 561/689-6789