UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 16th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Delfino Rodriguez          JOINT DEBTOR: _____          CASE NO.: 16-15317-MAM

SS#: xxx-xx- 5859                  SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,118.31 for months  1  to  52 ;
2. $2,065.02 for months 53 to 58 ;
3. $1,927.52 for months 59 to 79 ;
4. $616.09   for months 80 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**  ☐ NONE   ☐ PRO BONO

| | | | | |
|---|---|---|---|---|
| Total Fees: | $7675.00 | Total Paid: $4425.00 | Balance Due: | $3250.00 |
| Payable | $48.08 | /month (Months 1 to 52 ) | | |
| Payable | $125.00 | /month (Months 53 to 58 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$525 inc $25 cost for mod 2/6/17; $525 inc $25 cost for mod 6/15/17; $525 inc $25 cost for mod 1/7/18; $525 inc $25 cost for mod 6/24/19; $525 inc $25 cost for mod 11/26/19; $525 inc $25 cost for mod 8/5/20; $750 for 2 years extended legal service
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:**  ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Deutsche Bank aka Ocwen Loan Servicing LLC

   Address: Research Dept
            1661 Worthington Rd
            Ste 100

   Arrearage/ Payoff on Petition Date  $14,706.02

   Arrears Payment (Cure)  $205.55  /month (Months  1  to  52 )

Debtor(s): Delfino Rodriguez    Case number: 16-15317-MAM

|  |  |  |  |
|---|---|---|---|
| WPB, FL 33409 | Arrears Payment (Cure) | $148.79 | /month (Months 53 to 79) |
| Last 4 Digits of Account No.: 3610 | Regular Payment (Maintain) | $706.07 | /month (Months 1 to 52) |
|  | Regular Payment (Maintain) | $1,444.23 | /month (Months 53 to 79) |

Other: _____

☒ Real Property        Check one below for Real Property:
  ☒ Principal Residence        ☒ Escrow is included in the regular payments
  ☐ Other Real Property        ☐ The debtor(s) will pay  ☒ taxes  ☐ insurance directly

Address of Collateral:
33 Plummage Lane, WPB, FL 33415 (Claim #5)

☐ Personal Property/Vehicle
Description of Collateral:

2. Creditor: Pheasant Run HOA c/o Anchor Commercial Bank

|  |  |  |  |
|---|---|---|---|
| Address: PO Box 18639 | Arrearage/ Payoff on Petition Date | $1,142.39 |  |
| WPB, FL 33409 | Arrears Payment (Cure) | $15.96 | /month (Months 1 to 52) |
|  | Arrears Payment (Cure) | $11.57 | /month (Months 53 to 79) |
| Last 4 Digits of Account No.: none | Regular Payment (Maintain) | $46.02 | /month (Months 1 to 52) |
|  | Regular Payment (Maintain) | $124.87 | /month (Months 53 to 79) |

Other: _____

☒ Real Property        Check one below for Real Property:
  ☒ Principal Residence        ☐ Escrow is included in the regular payments
  ☐ Other Real Property        ☒ The debtor(s) will pay  ☒ taxes  ☒ insurance directly

Address of Collateral:
33 Plummage Lane, WPB, FL 33415 (Claim #6)

☐ Personal Property/Vehicle
Description of Collateral:

3. Creditor: Florida Tax Certificate Fund, LLC

|  |  |  |  |
|---|---|---|---|
| Address: 6210 Pasadena Pt Blvd S | Arrearage/ Payoff on Petition Date | $1,230.60 |  |
| Gulfport, FL 33707 | Payoff (Including .25% monthly interest) | $17.12 | /month (Months 1 to 52) |
|  | Payoff (Including .25% monthly interest) | $12.41 | /month (Months 53 to 79) |
| Last 4 Digits of Account No.: none |  |  |  |

Other: $1,220.10 + .25% int

☒ Real Property        Check one below for Real Property:
  ☒ Principal Residence        ☐ Escrow is included in the regular payments
  ☐ Other Real Property        ☒ The debtor(s) will pay  ☒ taxes  ☒ insurance directly

Address of Collateral:
33 Plummage Lane, WPB, FL 33415
(2015 RE Taxes - Claim #7)

☐ Personal Property/Vehicle
Description of Collateral:

4. Creditor: Mikon Financial Services, Inc

   Address: 780 NW 42nd Ave
   Ste 300
   Miami, FL 33126

   Arrearage/ Payoff on Petition Date    $1,032.36

   Payoff (Including .25% monthly interest)    $14.36    /month (Months  1  to  52 )

   Payoff (Including .25% monthly interest)    $10.42    /month (Months  53  to  79 )

   Last 4 Digits of Account No.: none

   Other: $1,023.48 plus .25% int.

   ☒ Real Property
       ☒ Principal Residence
       ☐ Other Real Property

   Check one below for Real Property:
       ☐ Escrow is included in the regular payments
       ☒ The debtor(s) will pay    ☒ taxes    ☒ insurance directly

   Address of Collateral:
   33 Plummage Lane, WPB, FL 33415 (Claim #8)

   ☐ Personal Property/Vehicle
   Description of Collateral:

   B. **VALUATION OF COLLATERAL:** ☒ NONE

   C. **LIEN AVOIDANCE** ☒ NONE

   D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

   E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

   ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

   A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

   B. **INTERNAL REVENUE SERVICE:** ☐ NONE

   Total Due:    $2,365.40       Total Payment    $2,365.40

   Payable:    $473.08    /month (Months  80  to  84 )

   C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

   D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

   A. Pay    $87.00    /month (Months  80  to  84 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   C. **SEPARATELY CLASSIFIED:** ☒ NONE

   *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

   ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Delfino Rodriguez       Case number: 16-15317-MAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Delfino Rodriguez | | | |

/s/ Drake Ozment, Atty for Debtor       September 9, 2020
Attorney with permission to sign on Debtor(s)' behalf       Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

LF-31 (rev. 10/3/17)              Page 4 of 4